STATE *ex rel.* JESSE LAMAR HOLLINGSWORTH, JR., v. MARY M. GWYNN, as Clerk of the Circuit Court, DeSoto County.

191 So. 25

Division A

Opinion Filed September 15, 1939

*Leitner & Leitner,* for Relator;

*William E. Thompson,* for Respondent.

PER CURIAM.—This matter is before us on petition for alternative writ of mandamus.

In effect, the petitioner seeks to have us direct the clerk of the circuit court as to the amount he is entitled to demand of the relator to conform to our opinion and judgment in

the case of Clark v. Hollingsworth, *et al.,* 188 Sou. 827.

If there be any necessity for directions in this regard, the end can best be served by application to the circuit court because all related records are available there for inspection as a basis for determining the several amounts, including costs, penalties and subsequently assessed taxes which the purchaser of tax sale certificates may have paid to place himself in position to apply for tax deed.

As to costs, see State *ex rel.* Worth v. Culbreath, opinions filed August 21 and April 28, 1939.

Petition is denied.

So ordered.

TERRELL, C. J., and BUFORD, J., concur.

THOMAS, J., concurs specially.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.

THOMAS, J. (concurring specially).—I agree with the opinion adopted by the Court and feel that the petition should be denied also on the ground that it does not comply with Rule 27, approved January 17, 1939.